**Entered on Docket**
**October 26, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES F. BEIDEN #111304
Attorney at Law
840 Hinckley Road, Suite 245
Burlingame, CA 94010
tel:(650)697-6100
fax:(650)697-1101

Attorney for
Debtor-in-Possession

**Signed and Filed: October 25, 2010**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GLENN DAVIS WONG<br><br>Debtor(s). | CHAPTER 11<br><br>Case No. 10-33425 |

ORDER VALUING THE LIENS OF ONE WEST BANK (3104 E Laurel Creek)

The debtor having filed a motion on September 30, 2010 to remove the lien of One West Bank/Indymac, except to the extent of $670,000, which was recorded in San Mateo County on or about October 11, 2005 (hereinafter the “One West Bank Lien”), from debtor’s real property commonly known as 3104 E. Laurel Creek Rd., Belmont, California.

The court finds that notice of the motion was proper. Lienholder having failed to file timely opposition to Debtor’s motion, the court hereby orders as follows:

(1) For purposes of Debtor’s Chapter 11 plan only, the One West Bank Lien is valued at $670,000 and the One West Bank Lien is reduced but remains secured in the reduced sum.

(2) This order shall become part of Debtor’s confirmed Chapter 11 Plan.

(3) Upon entry of a discharge in Debtor’s Chapter 11 case, the One West Bank Lien shall be voided to the extent provided herein, upon application by Debtor.

(4) If Debtor’s Chapter 11 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the One West Bank Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien(s).

(5) Except as provided by separate, subsequent order of this court, the One West Bank Lien may only be enforced based on the reduced value as set forth herein.

**end of order**

Court Service List

Steven T. Mnuchin, Chairman
(or such other officer, director or managing agent)
One West Bank (Indymac)
888 E. Walnut St.
Pasadena, CA 91101