**Entered on Docket**
**October 26, 2010**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JAMES F. BEIDEN #111304
Attorney at Law
840 Hinckley Road, Suite 245
Burlingame, CA 94010
tel:(650)697-6100
fax:(650)697-1101

Attorney for
Debtor-in-Possession

**Signed and Filed: October 25, 2010**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | CHAPTER 11 |
| | ) | |
| GLENN DAVIS WONG | ) | Case No. 10-33425 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

ORDER VALUING THE LIEN OF CHASE BANK (421 Portofino)

The debtor having filed a motion on June 8, 2010 to remove the junior lien of Chase Bank, except to the extent of $88,414, which was recorded in San Mateo County on or about February 28, 2006 and modified on May 22, 2006 and June 27, 2006 (hereinafter collectively the “Chase Lien”), from debtor’s real property commonly known as 421 Portofino, San Carlos, California.

The court finds that notice of the motion was proper. Lienholder having failed to file timely opposition to Debtor’s motion, the court hereby orders as follows:

(1) For purposes of Debtor’s Chapter 11 plan only, the Chase Lien is valued at $88,414 and the Chase Lien is reduced but remains secured in the reduced sum.

(2) This order shall become part of Debtor’s confirmed Chapter 11 Plan.

(3) Upon entry of a discharge in Debtor’s Chapter 11 case, the Chase Lien shall be voided to the extent provided herein, upon application by Debtor.

(4) If Debtor’s Chapter 11 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Chase Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien(s).

(5) Except as provided by separate, subsequent order of this court, the Chase Lien may only be enforced based on the reduced value as set forth herein.

**end of order**

Court Service List

JPMorgan Chase Bank
c/o CT Corporation
818 W. 7th Street
Los Angeles, CA 90017

James Dimon, Chairman and CEO
JPMorgan Chase Bank
1111 Polaris Parkway
Columbus, OH 43240