**Entered on Docket**
**October 26, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES F. BEIDEN #111304
Attorney at Law
840 Hinckley Road, Suite 245
Burlingame, CA 94010
tel:(650)697-6100
fax:(650)697-1101

Attorney for
Debtor-in-Possession

**Signed and Filed: October 25, 2010**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GLENN DAVIS WONG<br><br>Debtor(s). | CHAPTER 11<br><br>Case No. 10-33425 |

ORDER VALUING THE LIEN OF PHH Mortgage/Mortgage Service Center (1230 Greenbrier)

The debtor having filed a motion on September 30, 2010 to remove the junior lien of PHH Mortgage/Mortgage Service Center, except to the extent of $44,750, which was recorded in San Mateo County on or about August 15, 2005 (hereinafter the “PHH Mortgage Lien”), from debtor’s real property commonly known as 1230 Greenbrier Rd., San Carlos, California.

The court finds that notice of the motion was proper. Lienholder having failed to file timely opposition to Debtor’s motion, the court hereby orders as follows:

(1) For purposes of Debtor’s Chapter 11 plan only, the PHH Mortgage Lien is valued at $44,750 and the PHH Mortgage Lien is

reduced but remains secured in the reduced sum.

(2) This order shall become part of Debtor’s confirmed Chapter 11 Plan.

(3) Upon entry of a discharge in Debtor’s Chapter 11 case, the PHH Mortgage Lien shall be voided to the extent provided herein, upon application by Debtor.

(4) If Debtor’s Chapter 11 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the PHH Mortgage Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien(s).

(5) Except as provided by separate, subsequent order of this court, the PHH Mortgage Lien may only be enforced based on the reduced value as set forth herein.

**end of order**

Court Service List

Jerome J. Selitto, President and CEO
PHH Mortgage/Mortgage Service Center
1 Mortgage Way
Mount Laurel, NJ 08054