Entered on Docket
October 26, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 25, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

JAMES F. BEIDEN  #111304
Attorney at Law
840 Hinckley Road, Suite 245
Burlingame, CA  94010
tel:(650)697-6100
fax:(650)697-1101

Attorney for
Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                              ) CHAPTER 11
                                   )
GLENN DAVIS WONG                   ) Case No. 10-33425
                                   )
                                   )
            Debtor(s).             )
_____)

ORDER VALUING THE LIEN OF GREEN TREE SERVICING (3212 E Laurel Creek)

The debtor having filed a motion on September 30, 2010 to remove the lien of Green Tree Servicing, which was recorded in San Mateo County on or about April 27, 2005 (hereinafter the "Green Tree Servicing Lien"), from debtor's real property commonly known as 3212 E. Laurel Creek Rd., Belmont, California.

The court finds that notice of the motion was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) For purposes of Debtor's Chapter 11 plan only, the Green Tree Servicing Lien is valued at $0.

(2) This order shall become part of Debtor's confirmed Chapter 11

Plan.

(3) Upon entry of a discharge in Debtor's Chapter 11 case, the Green Tree Servicing Lien shall be voided to the extent provided herein, upon application by Debtor.

(4) If Debtor's Chapter 11 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Green Tree Servicing Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien(s).

(5) Except as provided by separate, subsequent order of this court, the Green Tree Servicing Lien may not be enforced based on the value as set forth herein.

**end of order**

```
 1                        Court Service List
 2  Keith Anderson, President
    Green Tree Servicing
 3  345 St. Peter St.
    St. Paul, MN 55102
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```