JAMES F. BEIDEN   #111304
Attorney at Law
840 Hinckley Road, Suite 245
Burlingame, CA  94010
tel:(650)697-6100
fax:(650)697-1101

Attorney for
Debtor-in-Possession

Signed and Filed: November 19, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | CHAPTER 11 |
| | ) | |
| GLENN DAVIS WONG | ) | Case No. 10-33425 |
| | ) | |
| Debtor(s). | ) | |

ORDER VALUING REAL PROPERTY (3106 E Laurel Creek)

The debtor having filed a motion on September 30, 2010 to value the lien of BAC Home Loan Servicing for the debtor's real property commonly known as 3106 E. Laurel Creek Rd., Belmont, California, and BAC Home Loan Servicing having appeared and opposed the motion, and GOOD CAUSE APPEARING THEREFORE

IT IS ORDERED that for confirmation purposes the value of the real property commonly known as 3106 E. Laurel Creek Road, Belmont, California is $630,000.00.

No Opposition:

/s/ Richard J. Bauer
Richard J. Bauer
Attorney for BAC Home Loan Servicing

**end of order**

Court Service List

electronic only