```
JAMES F. BEIDEN   #111304
Attorney at Law
1025 Alameda de las Pulgas #733
Belmont, CA 94002
tel:(650)533-0909

Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) CHAPTER 11 |
| | ) |
| GLENN DAVIS WONG | ) Case No. 11-33425 |
| | ) |
| Debtor(s). | ) |

REQUEST FOR ENTRY OF JUDGMENT(3212 E. Laurel Creek Rd.)

Debtor having obtained the court's order removing the junior mortgage of Green Tree Servicing on the real property located at 3106 E. Laurel Creek Rd., Belmont, California, and debtor having completed his Chapter 11 plan and received his discharge, debtor seeks the court's entry of judgment avoiding the junior mortgage lien of Green Tree Servicing on the property located at 3212 E. Laurel Creek Rd., Belmont, California.

Dated: November 16, 2016                    /s/ James F. Beiden
                                            JAMES F. BEIDEN
                                            Attorney for Debtors